UNITED STATES of America,
Plaintiff–Appellee,

v.

Garrette RAGLAND, a.k.a. P–Rag,
Defendant–Appellant.

No. 09–11233
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Dec. 11, 2009.

John Andrew Horn, William H. Thomas, Jr., U.S. Attorney's Office, Jenny R. Turner, Atlanta, GA, for Plaintiff–Appellee.

Thomas C. Wooldridge, Wooldridge & Jezek, LLP, Atlanta, GA, for Defendant–Appellant.

Before CARNES, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Thomas C. Wooldridge, appointed counsel for Garrette Ragland in this appeal from the district court's order granting the government's Rule 35(b) motion, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Ragland's amended sentence is AFFIRMED.